United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWERLINE FUNDING LLC, <br><br> Defendant. | Case No.  4:18-cv-04671-KAW <br><br> **ORDER TO FILE DISMISSAL WITHIN 60 DAYS** <br><br> Re: Dkt. No. 11 |

On October 23, 2018, Plaintiff filed a notice of settlement. (Dkt. No. 11.) Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: October 25, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge